

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-13-00532-CR

Edward Lee **CARTER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1674
The Honorable Angus McGinty, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Rebeca C. Martinez, Justice

   The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court